IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LE-NATURE'S, INC., | ) | |
| | ) | Civil Action No. 06 - 423 |
| Plaintiff, | ) | |
| | ) | Judge Gary L. Lancaster / |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| JAS FORWARDING (USA), INC., | ) | |
| LANDSTAR RANGER, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

**IT IS ORDERED** this 3rd day of October, 2006, that the Motion to Withdraw as Attorney (Doc. No. 34) is **GRANTED**.

**IT IS FURTHER ORDERED** that Motion to Appear Pro Hac Vice (Doc. No. 35) is DENIED.

**IT IS FURTHER ORDERED** that the Motion to Amend/Correct Motion and for Attorney Charles L. Howard to Appear Pro Hac Vice is **GRANTED**.

BY THE COURT:

LISA PUPO LENIHAN
U.S. MAGISTRATE JUDGE

cc:   All counsel of record.