IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

LE-NATURE'S, INC.,  Civil Action No.: 2:06-CV-423

Plaintiff,  ELECTRONICALLY FILED

v.  Judge Lancaster/
Magistrate Judge Lenihan

JAS FORWARDING (USA), INC., and
LANDSTAR RANGER, INC.,

Defendants.

## STIPULATION FOR DISMISSAL

We the attorneys for the respective parties, do hereby stipulate that all parties in the within action are in agreement to dismiss the within action, including any and all counterclaims or cross claims, with prejudice and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

BERK WHITEHEAD KERR & TURIN, P.C.

s/  Michael E. DeMatt
Michael E. DeMatt, Esquire
Attorney ID: PA85881
*Attorney for Plaintiff*

HYMAN SPECTOR & MARS, LLP

s/  Marc A. Rubin
Marc A. Rubin, Esquire
*Attorney for Defendant JAS Forwarding (USA), Inc.*

KEENAN COHEN & HOWARD, P.C.

s/  Charles L. Howard
Charles L. Howard, Esquire
Attorney ID: PA55775
*Attorney for Defendant Landstar Ranger, Inc.*

## ORDER

AND NOW, this __12th__ day of __July__, 2007, IT IS SO ORDERED.

BY THE COURT:

_/s/ G. L. Lancaster_
~~Lisa Pupo Lenihan~~, GARY L. LANCASTER
United States ~~Magistrate~~ District Judge